IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TRACY ABERNATHY,** *et al.*,

    Plaintiffs,

  vs.                                Civil Action 2:10-CV-131
                                        Judge Watson
                                        Magistrate Judge King

**CORINTHIAN COLLEGES, INC.,**

    Defendant.

<u>ORDER</u>

      Plaintiffs have requested that the Court schedule a status conference in order "to discuss a date certain by which contact information for certain witnesses can be obtained."  Doc. No. 49.

      The Court declines to interject itself into this discovery matter at this point.  Plaintiffs' motion, Doc. No. 49, is therefore **DENIED**.

      Plaintiffs are **DIRECTED** to discuss the issue with defense counsel.


December 29, 2011                                  *s/Norah McCann King*
                                                 Norah McCann King
                                         United States Magistrate Judge