IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Tracy Abernathy, et al.,

    Plaintiffs,

v.

Corinthian Colleges, Inc.,

    Defendant.

Case No. 2:10-cv-131

Judge Michael H. Watson
Magistrate Judge King

## ORDER

On March 9, 2012, the United States Magistrate Judge recommended that Defendant's motion to dismiss the claims of Plaintiff Lawana Shipley, ECF. No. 45, and Defendant's partial motion to dismiss, ECF. No. 46, be granted. *Report and Recommendation*, ECF No. 61. Although the parties were advised of their right to object to the recommendations and of the consequences of their failure to do so, there has nevertheless been no objection.

The *Report and Recommendation*, ECF No. 61, is **ADOPTED AND AFFIRMED**.

Because it appears that Plaintiff Lawana Shipley has abandoned the prosecution of the case, Defendant's motion to dismiss her claims, ECF. No. 45, is **GRANTED**. The claims of Plaintiff Lawana Shipley are **DISMISSED**.

Defendant's motion for partial dismissal based on res judicata, ECF No. 46, which is unopposed by any plaintiff, is **GRANTED**. Plaintiffs' claims of hostile work environment sexual harassment are **DISMISSED**.

IT IS SO ORDERED.

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT