\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Tracy Abernathy, *et al.*,

    vs.            Case No. 2:10-cv-131

Corinthian Colleges, Inc.,      **Judge Michael H. Watson**

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the August 9, 2013 jury verdict, Plaintiff recover of the Defendant the sum of $3,500.00 with interest thereon at the rate of 0.12% as provided by law, and her costs of action.

Date: **August 14, 2013**      **John Hehman, Clerk**

                             s/ Jennifer Kacsor
                             By Jennifer Kacsor/Courtroom Deputy