# United States District Court for the Southern District of Ohio

TRACY ABERNATHY, ET. AL.

**Plaintiff,**

vs.

CASE NO. C2-10-131

CORINTHIAN COLLEGES, INC.

**Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that  Tracy Abernathy , hereby appeal (here name all parties taking the appeal) to the United States Court of Appeals for the Sixth Circuit from  the final judgment  (the final judgment) (from an order (describing it))  entered in this action on the  14th  day of  August , 2013 .

(s) _[signature]_

Address: 200 EAST CAMPUS VIEW BLVD.
SUITE 200
COLUMBUS, OHIO 43235

Attorney for: PLAINTIFF-APPELLANT

6CA-3
1/99